FILED
CLERK, U.S. DISTRICT COURT
AUG - 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>NUMBEROUS LEVITICUS JOHNSON,<br><br>              Defendant. | CASE NO. CR 02-0158-JSL<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the <u>Central District of California</u> involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                                                         Page 1 of 2

1  other persons or the community.  Defendant poses a risk to the
2  safety of other persons or the community based on:
3  _nature of the offenses; criminal record_
4  _____
5  _____
6  _____
7  _____

8  B. (✓)  Defendant has failed to demonstrate by clear and convincing
9  evidence that he is not likely to flee if released. Defendant poses
10  a flight risk based on: _absconded from supervision;_
11  _no bail resources_
12  _____
13  _____
14  _____
15  _____

16  IT IS ORDERED that defendant be detained.

20  DATED: August 2, 2013

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)